AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GARLAND RAY PITTMAN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV617-129

JESSICA HOWARD; and DENISE KRING,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered on 8/20/20, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Therefore, Plaintiff's Complaint is DISMISSED without prejudice, Defendants' Motions to Dismiss is DENIED as moot, and Plaintiff is DENIED in forma pauperis status on appeal. This case stands CLOSED.



| 8/20/2020 | John E. Triplett, Acting Clerk |
|---|---|
| *Date* | *Clerk* |
| | *Candy Asbell* |
| | *(By) Deputy Clerk* |

GAS Rev 10/1/03